UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   Case No. 14-CR-110

MONTIEZ VAUGHN,

    Defendant.

## ORDER TO SEAL

Upon the motion of the United States Attorney for the Eastern District of Wisconsin, and good cause appearing therefor,

IT IS HEREBY ORDERED, pursuant to Rule 79.4 of the Local Rules of the United States District Court for the Eastern District of Wisconsin, that the government's submission filed on January 22, 2015 in the above-named case be **SEALED** for a period of one year, or until further order of this Court.

SO ORDERED this 6th day of March, 2015.

                                                        s/ Lynn Adelman

                                                HONORABLE LYNN ADELMAN
                                                United States District Judge